1  KAREN P. HEWITT
   United States Attorney
2  CARLA J. BRESSLER
   Assistant United States Attorney
3  California State Bar No. 134886
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6763
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,           )    Magistrate Case No.  08MJ0233
                                        )
12                   Plaintiff,         )
                                        )    **STIPULATION OF FACT AND JOINT
13            v.                        )    MOTION FOR RELEASE OF
                                        )    MATERIAL WITNESS(ES) AND
14  EMILIO GONZALEZ-RODRIGUEZ (2),      )    ORDER THEREON**
                                        )
15                   Defendant.         )
                                        )    **(Pre-Indictment Fast-Track Program)**
16  _____     )

17        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carla J.

19  Bressler, Assistant United States Attorney, and defendant EMILIO GONZALEZ-RODRIGUEZ, by

20  and through and with the advice and consent of defense counsel, Michael McCabe, Esq., that:

21        1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it.  Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

26  and (v)(II).

27  //

28  CJB:kmm:1/28/08

M/W's
on
Bond

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **February 25, 2008**.

6    4.    The material witnesses, Eucario Arango-Jarquin, Carlos Rios-Jarquin and Angel

7  Pacheco-Juarez, in this case:

8        a.    Are aliens with no lawful right to enter or remain in the United States;

9        b.    Entered or attempted to enter the United States illegally on or about

10  January 23, 2008;

11        c.    Were found in a vehicle in which defendant EMILIO GONZALEZ-

12  RODRIGUEZ was a passenger in or near Pine Valley, California and that defendant knew or acted

13  in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the

14  United States;

15        d.    Were paying unknown amounts or $1,800 to others to be brought into the

16  United States illegally and/or transported illegally to their destination therein; and,

17        e.    May be released and remanded immediately to the Department of Homeland

18  Security for return to their country of origin.

19    5.    After the material witnesses are ordered released by the Court pursuant to this

20  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

22  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

23        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

24  substantive evidence;

25        b.    The United States may elicit hearsay testimony from arresting agents

26  regarding any statements made by the material witness(es) provided in discovery, and such testimony

27  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Emilio Gonzalez-Rodriguez (2)        2                            08MJ0233

1   of (an) unavailable witness(es); and,

2           c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

3   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

4   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

5   waives the right to confront and cross-examine the material witness(es) in this case.

6           6.      By signing this stipulation and joint motion, defendant certifies that defendant has

7   read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

8   further that defendant has discussed the terms of this stipulation and joint motion with defense

9   counsel and fully understands its meaning and effect.

10          Based on the foregoing, the parties jointly move the stipulation into evidence and for the

11  immediate release and remand of the above-named material witness(es) to the Department of

12  Homeland Security for return to their country of origin.

13          It is STIPULATED AND AGREED this date.

14                                          Respectfully submitted,

15                                          KAREN P. HEWITT
                                            United States Attorney
16

17  Dated:  2/7/08        .

                                            CARLA J. BRESSLER
18                                          Assistant United States Attorney

19
    Dated:  1/31/08       .
20                                          MICHAEL MCCABE
                                            Defense Counsel for
21                                          EMILIO GONZALEZ-RODRIGUEZ

22
    Dated: 01-31-08       .
23                                          EMILIO GONZALEZ-RODRIGUEZ
                                            Defendant
24

25

26

27                                    1/31/08.

28
    Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Emilio Gonzalez-Rodriguez (2)        3                          08MJ0233

ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded

forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: **2/14/08** .

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Emilio Gonzalez-Rodriguez  (2)          4          08MJ0233